**Order entered September 1, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00556-CR

**DREW EMERSON STENGEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 065934**

## ORDER

The Court **REINSTATES** the appeal.

On August 15, 2016, we denied appellant's second motion to extend the time to file his brief and ordered the trial court to make findings. The trial court has issued its findings and recommended appellant receive an additional thirty days to file his brief. We **ADOPT** the trial court's findings and its recommendation.

We **ORDER** appellant to file his brief by **SEPTEMBER 30, 2016**. We **DIRECT** the Clerk to transmit copies of this order to counsel for all parties.

/s/     LANA MYERS
         JUSTICE